1  MARC E. MAYER (SBN 190969), mem@msk.com
   EMILY F. EVITT (SBN 261491), efe@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, CA  90064-1683
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  Attorneys for Plaintiffs Nicholas Assef and Lincoln
   Crowne & Company Pty Ltd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NICHOLAS ASSEF, an individual; and LINCOLN CROWNE & COMPANY PTY LTD, an Australian corporation,<br><br>                   Plaintiffs,<br><br>       v.<br><br>DOES 1-10,<br><br>                   Defendants. | CASE NO. C 15-01960 MEJ<br><br>[~~PROPOSED~~ ORDER] RE CASE MANAGEMENT STATEMENT AND RULE 26(F) REPORT SUBMITTED BY PLAINTIFFS NICHOLAS ASSEF AND LINCOLN CROWNE & COMPANY PTY LTD |
|---|---|

CASE NO. C 15-01960 MEJ

[PROPOSED] ORDER RE PLAINTIFFS' CASE MANAGEMENT STATEMENT

Mitchell Silberberg & Knupp LLP

6986354.1

# [~~PROPOSED~~] ORDER

It is hereby ordered as follows:

The Initial Case Management Conference, currently scheduled for July 30, 2015 at 10:00 a.m., shall be continued to November 19, 2015 at 10:00 a.m.

Plaintiffs shall have until November 2, 2015 to amend the Complaint.

Plaintiffs shall have until November 2, 2015 to serve the Complaint.

Plaintiffs shall file a supplemental Case Management Statement by November 12, 2015.

SO ORDERED

DATED: __July 23__, 2015

_____
Honorable Maria Elena James
United States Magistrate Judge