1  MARC E. MAYER (SBN 190969), mem@msk.com
   EMILY F. EVITT (SBN 261491), efe@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, CA  90064-1683
   Telephone:  (310) 312-2000
4  Facsimile:   (310) 312-3100

5  Attorneys for Plaintiffs Nicholas Assef and
   Lincoln Crowne & Company Pty Ltd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NICHOLAS ASSEF, an individual; and LINCOLN CROWNE & COMPANY PTY LTD, an Australian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-10,<br><br>Defendants. | CASE NO. 3:15-CV-01960 MEJ<br><br>The Honorable Maria-Elena James<br><br>**ORDER ON *EX PARTE* APPLICATION FOR:**<br>**(1) AN EXTENSION OF TIME TO AMEND AND SERVE THE COMPLAINT; AND**<br>**(2) A CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[NOTICE AND EX PARTE APPLICATION, MEMORANDUM OF POINTS AND AUTHORITIES AND EMILY F. EVITT DECLARATION FILED CONCURRENTLY HEREWITH] |

Mitchell Silberberg & Knupp LLP

7286970.1

CASE NO. 3:15-CV-01960 MEJ
[PROPOSED] ORDER ON EX PARTE APPLICATION

**ORDER**

The Court GRANTS Plaintiffs' *Ex Parte* Application and orders as follows:

1. Plaintiffs' deadline to amend the Complaint shall be extended from December 21, 2015 to February 1, 2016.

2. Plaintiffs' deadline to serve the Complaint shall be extended from December 21, 2015 to February 1, 2016.

3. The Initial Case Management Conference, currently scheduled for January 14, 2016 at 10:00 a.m., shall be continued to February 25, 2016 at 10:00 a.m.

4. The parties shall file a Joint Case Management Statement by February 18 2016.

IT IS SO ORDERED.

DATED: December 18, 2015

_____
Honorable Maria Elena James
United States Magistrate Judge