1   MARC E. MAYER (SBN 190969), mem@msk.com
    EMILY F. EVITT (SBN 261491), efe@msk.com
2   MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
3   Los Angeles, CA  90064-1683
    Telephone:  (310) 312-2000
4   Facsimile:   (310) 312-3100

5   Attorneys for Plaintiffs Nicholas Assef and
    Lincoln Crowne & Company Pty Ltd
6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   NICHOLAS ASSEF, an individual; and        CASE NO. 3:15-CV-01960 MEJ
     LINCOLN CROWNE & COMPANY PTY
13   LTD, an Australian corporation,           The Honorable Maria-Elena James

14                  Plaintiffs,                ~~[PROPOSED]~~ ORDER ON *EX PARTE*
                                               APPLICATION FOR:
15        v.                                   (1) AN EXTENSION OF TIME TO
                                               AMEND AND SERVE THE
16   DOES 1-10,                                COMPLAINT; AND
                                               (2) A CONTINUANCE OF THE INITIAL
17                  Defendants.                CASE MANAGEMENT CONFERENCE

18                                             [NOTICE AND EX PARTE APPLICATION,
                                               MEMORANDUM OF POINTS AND
19                                             AUTHORITIES FILED CONCURRENTLY
                                               HEREWITH]
20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

7386605.1

                                                    CASE NO. 3:15-CV-01960 MEJ
                        [PROPOSED] ORDER ON EX PARTE APPLICATION

1

## <u>ORDER</u>

2      The Court GRANTS Plaintiffs' *Ex Parte* Application and orders as follows:

3      1.      Plaintiffs' deadline to amend the Complaint shall be extended from February 1,

4  2016, to March 1, 2016.

5      2.      Plaintiffs' deadline to serve the Complaint shall be extended from February 1,

6  2016, to March 1, 2016.

7      3.      The Initial Case Management Conference, currently scheduled for February 25,

8  2016 at 10:00 a.m. shall be continued to March 24, 2016 at 10:00 a.m.

9      4.      Plaintiffs shall file a supplemental Case Management Statement by March 17 2016.

10     IT IS SO ORDERED.

11

12  DATED: ___fEBRUARY 1,___, 2016

13     _____
       Honorable Maria Elena James
14     United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

7386605.1

1                    CASE NO. 3:15-CV-01960 MEJ
[PROPOSED] ORDER ON EX PARTE APPLICATION