MARC E. MAYER (SBN 190969), mem@msk.com
EMILY F. EVITT (SBN 261491), efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiffs Nicholas Assef and
Lincoln Crowne & Company Pty Ltd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS ASSEF, an individual; and LINCOLN CROWNE & COMPANY PTY LTD, an Australian corporation,<br><br>            Plaintiffs,<br><br>       v.<br><br>DOES 1-10,<br><br>            Defendants. | CASE NO. 3:15-CV-01960 MEJ<br><br>The Honorable Maria-Elena James<br><br>**[PROPOSED] ORDER ON *EX PARTE* APPLICATION FOR:**<br>**(1) AN EXTENSION OF TIME TO AMEND AND SERVE THE COMPLAINT; AND**<br>**(2) A CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[NOTICE AND EX PARTE APPLICATION, MEMORANDUM OF POINTS AND AUTHORITIES FILED CONCURRENTLY HEREWITH] |

CASE NO. 3:15-CV-01960 MEJ
**[PROPOSED] ORDER ON EX PARTE APPLICATION**

**ORDER**

The Court GRANTS Plaintiffs' *Ex Parte* Application and orders as follows:

1. Plaintiffs' deadline to amend the Complaint shall be extended from March 1, 2016, to April 1, 2016.

2. Plaintiffs' deadline to serve the Complaint shall be extended from March 1, 2016, to April 1, 2016.

3. The Initial Case Management Conference, currently scheduled for March 24, 2016 at 10:00 a.m. shall be continued to April 21, 2016 at 10:00 a.m.

4. Plaintiffs shall file a supplemental Case Management Statement by April 14, 2016.

IT IS SO ORDERED.

DATED: February 26, 2016

_____
Honorable Maria Elena James
United States Magistrate Judge