1  MARC E. MAYER (SBN 190969), mem@msk.com
   EMILY F. EVITT (SBN 261491), efe@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
3  Los Angeles, CA  90064-1683
   Telephone:  (310) 312-2000
4  Facsimile:   (310) 312-3100

5  Attorneys for Plaintiffs Nicholas Assef and
   Lincoln Crowne & Company Pty Ltd

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  NICHOLAS ASSEF, an individual; and LINCOLN CROWNE & COMPANY PTY 13  LTD, an Australian corporation,<br><br>14           Plaintiffs,<br><br>15        v.<br><br>16  DOES 1-10,<br><br>17           Defendants. | CASE NO. 3:15-CV-01960 MEJ<br><br>The Honorable Maria-Elena James<br><br>**DECLARATION OF EMILY F. EVITT IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER ALLOWING PLAINTIFFS TO SERVE DEFENDANTS VIA E-MAIL AND BLOGPOST PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)**<br><br>[NOTICE AND EX PARTE APPLICATION, MEMORANDUM OF POINTS AND AUTHORITIES AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH] |

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

7533816.1

## DECLARATION OF EMILY F. EVITT

I, Emily F. Evitt, declare as follows:

1.      I am an attorney-at-law, duly licensed to practice law in the State of California and before this Court.  I am an associate with the law firm of Mitchell Silberberg & Knupp LLP, counsel of record for Plaintiffs Nicholas Assef and Lincoln Crowne & Company Pty Ltd ("Plaintiffs") in this action.  Unless otherwise stated, I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

### The Infringing And Defamatory Blog, And Plaintiffs' Efforts To Remove It.

2.      This action concerns Defendants' anonymous defamation and trademark infringement on a blog hosted by Google Inc.'s "Blogger" service located at www.lincolncrowne.blogspot.com ("the Blog"), which was posted in May 2007.  Plaintiffs filed this lawsuit to seek redress for Defendants' unlawful conduct, and to bring an end to the continuing harm that Defendants are causing to Plaintiffs.

3.      One of the ways the Blog has hurt Plaintiffs is by appearing in online search results.  For example, on March 23, 2016, I typed "Lincoln Crowne blogspot" into the search engine Google, and the Blog appeared on the first page of results.  Likewise, when I typed in "Nicholas Assef blogspot," the Blog also appeared on the first page of results.  True and correct copies of my search results are attached hereto as **Exhibit A** and incorporated by reference herein.

4.      Mr. Assef has informed me that the Blog has caused him extreme embarrassment, humiliation, and emotional distress, and has detrimentally affected his health and well-being.  Mr. Assef believes that the Blog has caused his company to lose clients, and thus significant revenue, and that it has undermined the company's ability to recruit employees.  Mr. Assef was forced to move Lincoln Crowne's website to www.lcc.asia in order to avoid confusion with the offending Blog.

Mitchell
Silberberg &
Knupp LLP

7533816.1

**DECLARATION OF EMILY F. EVITT IN SUPPORT OF EX PARTE APPLICATION**

5.      Mr. Assef shared with me that he has submitted over 30 complaints to Google requesting removal of the Blog, and that he submitted 10 or more in the first two years the Blog was posted.  Google repeatedly refused to remove the Blog.  True and correct copies of two instances of e-mails from Google to Mr. Assef, in which Google refused to take down the Blog are attached hereto as **Exhibit B** and incorporated by reference herein.

6.      Additionally, after filing the instant lawsuit, I reached out to an attorney at Google to request removal of the Blog on the grounds that it was trademark infringement, constituted corporate impersonation, and had been inactive for many years.  The attorney redirected my request to Google's legal removals team, and I received a form response that Google would not remove the Blog without a court order.  A true and correct copy of the e-mail I received from Google and my underlying request are attached hereto as **Exhibit C** and incorporated by reference herein.

**Plaintiffs' Efforts To Discover Defendants' Identities.**

7.      When Plaintiffs filed the Complaint, they were unaware of Defendants' identities, and therefore sued them as Does 1-10.  Plaintiffs have since made numerous attempts to determine who posted the anonymous Blog.

8.      After filing the Complaint, Plaintiffs filed an *ex parte* application for leave to take limited immediate discovery to determine Defendants' identities.  The Court granted, in part, Plaintiffs' *ex parte* application to serve a subpoena on Google.  Plaintiffs promptly subpoenaed Google, and Google responded by providing a single piece of usable identifying information about Defendants: the Gmail e-mail address used to register the Blog:  lincolncrowne@gmail.com (the "Gmail Address").  Because the Gmail Address is same as the Blogspot name, it appears to have been created for the sole purpose of registering the Blog.

9.      Since Google also operates Gmail, Plaintiffs filed a second *ex parte* application, and sought leave from the Court to serve a second subpoena on Google.  The Court granted Plaintiffs' application, Plaintiffs issued a subpoena, and Google responded.  In response to the

Mitchell
Silberberg &
Knupp LLP

7533816.1

2                    CASE NO. 3:15-CV-01960 MEJ
**DECLARATION OF EMILY F. EVITT IN SUPPORT OF EX PARTE APPLICATION**

1    second subpoena, Google disclosed a Yahoo e-mail address, nick@yahoo.com (the "Yahoo

2    Address"), for the user who created the Gmail Address that had been used to register the offending

3    Blog.

4          10.     On December 14, 2015, I sent an e-mail to the Yahoo Address and the Gmail

5    Address, attaching the Complaint.  In my e-mail, I asked if Defendants would accept service of the

6    Complaint or, alternatively, requested that they contact me to discuss the case.  A true and correct

7    copy of my e-mail is attached hereto as **Exhibit D** and incorporated by reference herein.  Shortly

8    after sending my e-mail, I received a bounce-back from the Yahoo Address stating the e-mail

9    address did not exist.  A true and correct copy of the bounce-back notification is attached as

10   **Exhibit E** and incorporated by reference herein.  I received neither a bounce-back, nor a response

11   from the Gmail Address.

12         11.     Additionally, in its second subpoena response, Google provided the IP address used

13   to create the Gmail Address: 202.156.67.153 (the "IP Address").  My colleague Marc Mayer

14   looked up the IP Address, and determined that it was within the range 202.156.0.0 -

15   202.156.255.255, which is associated with Singapore Broadband Access Provider.  A true and

16   correct copy of an IP Address lookup reflecting this information, which I created on March 23,

17   2016 using the website domaintools.com, is attached hereto as **Exhibit F** and incorporated by

18   reference herein.

19         12.     Mr. Assef then further researched the IP Address and traced it to a large public area

20   in Singapore, circa 90 Bras Basah Road, Singapore, near which the Esplanade MRT Station is

21   located.  Mr. Assef is familiar with the area, which features a number of food outlets that offer free

22   wireless Internet, such as Burger King.  A true and correct copy of the IP Address Location Report

23   that Mr. Assef created on the website ipaddresslocation.org, which I printed to PDF on March 23,

24   2016, is attached hereto as **Exhibit G** and incorporated by reference herein.  A true and correct

25   copy of the map for the Esplanade MRT station that is available from the website

26   streetdirectory.com, which I printed to PDF on March 23, 2016, is attached hereto as **Exhibit H**

27   and incorporated by reference herein.  A true and correct copy of a Google map for 90 Bras Basah

28

Mitchell
Silberberg &
Knupp LLP

3                    CASE NO. 3:15-CV-01960 MEJ

**DECLARATION OF EMILY F. EVITT IN SUPPORT OF EX PARTE APPLICATION**

1   Road, Singapore, which I printed to PDF on March 23, 2016, is attached hereto as **Exhibit I** and

2   incorporated by reference herein.

3

4       I declare under penalty of perjury under the laws of the United States of America that the

5   foregoing is true and correct.

6

7       Executed on this 25th day of March, 2016 at Los Angeles, California.

8

9                                                     Emily F. Evitt

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

7533816.1

                                        4           CASE NO. 3:15-CV-01960 MEJ
                    **DECLARATION OF EMILY F. EVITT IN SUPPORT OF EX PARTE APPLICATION**

# EXHIBIT A

Google

Lincoln Crowne blogspot

Sign in

All     Maps     Images     News     Shopping     More ▾     Search tools

Try a fast, secure browser with
updates built in.

×

Yes, get Chrome now

About 14,700,000 results (0.55 seconds)

**Lincoln Crowne & Company**
lincolncrowneandcompany.blogspot.com/ ▾
Apr 27, 2014 - **Lincoln Crowne** & Company Is Well Known For Corporate Advisory
And Dispute Resolution ... This is when they turn to companies like **Lincoln Crowne** &
Company in order to receive outside help with ... Powered by Blogger.

**Lincoln Crowne & Company**
lincolncrowneandcompany**blog**.blogspot.com/ ▾
Dec 20, 2015 - **Lincoln Crowne** & Company; Providing Corporate Solutions ...
common for those clients to seek out **Lincoln Crowne** & Company because they
knows that the company can achieve a certain outcome for them. ... **Blog** Archive.

**Lincoln Crowne & Company - SlideShare**
www.slideshare.net/LincolnCrowne ▾
View all of **Lincoln Crowne** & Company's Presentations.

**Lincoln Crowne & Company | LinkedIn**
https://www.linkedin.com/company/lincoln-crowne-&-company ▾   LinkedIn ▾
... **Lincoln Crowne** & Company. Join LinkedIn today for free. See who you know at
**Lincoln Crowne** & Company, leverage your professional network, and get hired.

**Corporate Advisory Sydney - Lincoln Crowne & Company**
lincolncrowne.com/about-us/ ▾
Corporate Advisory Sydney - LCC only engages individuals whom have bulge bracket
experience combined with outstanding academic qualifications.

**ASSEF v. DOES 1-10 by MARIA-ELENA JAMES, Magistrate ...**
www.leagle.com/decision/.../Assef%20v.%20Does%201-10 ▾
May 28, 2015 - The text of the **Blog** includes personal attacks on Assef, as well as
attacks on **Lincoln Crowne**. Id. Defendants used Plaintiffs' "**Lincoln Crowne**" ...

**Beware Lincoln Crowne & Company**
lincolncrowne.blogspot.com/ ▾
May 25, 2007 - Beware **Lincoln Crowne** & Company ... My due diligence on Nick
Assef and **Lincoln Crowne**, was very swift as I stopped after ... **Blog** Archive.

**www.Lincolncrowne.com - Lincoln Crowne & Company**
urlm.co/www.**lincolncrowne**.com
**Lincolncrowne**.com Go to website ... '**Lincoln Crowne** & Company - Strategy
Mergers Acquisitions.' ... lincolnculturalcenter.com; Ms. Cundiff's Music **Blog**

**Lincoln Crowne Children's Foundation**
lincolncrowne**foundation**.blogspot.com/ ▾
Jul 29, 2009 - **Lincoln Crowne** Children's Foundation. The **Lincoln Crowne**
Foundation was established by LCC's Founder, Nick Assef, to help .... **Blog** Archive.

**Lincoln Crowne And Company: Providing Corporate ...**
www.dekut.com/story.php?title=**lincoln-crowne-and-company**... ▾
harold333 (#9) 63 days ago World & Business lincoln crowne and company corporate
ad All http://lincolncrowneandcompanyblog.blogspot.com Discuss · Share ...

1   2   3   4   5   6   7   8   9   10      Next

Los Angeles, CA - From your Internet address - Use precise location - Learn more

Google

Nicholas Assef blogspot

Sign in

All    Images    News    Videos    Maps    More ▾    Search tools


Try a fast, secure browser with updates built in.

Yes, get Chrome now

About 26,800 results (0.53 seconds)

**ASSEF v. DOES 1-10 by MARIA-ELENA JAMES, Magistrate ...**
www.leagle.com/decision/.../Assef%20v.%20Does%201-10 ▾
May 28, 2015 - In this trademark infringement case, Plaintiffs **Nicholas Assef** and ...
defamatory **blog** located at www.lincolncrowne.**blogspot**.com ("the **Blog**").

**Nicholasassef.blogspot.com - The World of Nicholas Assef**
urlm.co/www.**nicholasassef.blogspot.com** ▾
In the United States, Nicholasassef.**blogspot**.com is ranked 6661208, with an
estimated < 300 monthly visitors a month. Click to view other data about this site.

**Blogger: User Profile: Nicholas Assef**
https://www.**blogger**.com/profile/05899355804558614318 ▾
**Blogger** is a free **blog** publishing tool from Google for easily sharing your thoughts
with the world. **Blogger** ... **Nicholas Assef** ... On Blogger since February 2009.

**The World of Nicholas Assef**
nicholasassef.**blogspot**.com/ ▾
Jul 23, 2009 - **Nicholas Assef** is not one of those people. ... **Nicholas Assef** is the
founder and executive chairman of Lincoln Crowne and ... **Blog** Archive.

**Nick Assef**
nickassef.**blogspot**.com/ ▾
Sep 8, 2015 - **Nick Assef** Is A Highly Respected Businessman · **Nick Assef** has a
wealth of experience with the corporate world, having worked ... **Blog** Archive.

**Nick Assef**
www.**nickassef**.com/ ▾
Dec 20, 2015 - Lincoln Crowne & Company is a company that offers business
solutions to their clients. They place a focus on maximising their shareholder ...

**Nicholas Assef, Executive chairman at Lincoln crowne ...**
www.slideshare.net/**NicholasAssef** ▾
View all of **Nicholas Assef**'s Presentations. ... **Nicholas Assef**. Nicholas Assef.
Following Follow Processing... 6 SlideShares · 11 Followers · 0 Clipboards. × ...

**Warning Warning Warning - Nick Assef - Beware Lincoln ...**
lincolncrowne.**blogspot**.com/.../warning-warning-warning-**nick-assef**.ht... ▾
May 25, 2007 - If you are considering to hire or do business with **Nick Assef** from
Lincoln Crowne, please beware and ... My due diligence on **Nick Assef** and Lincoln
Crowne, was very swift as I stopped after speaking to 5 ... **Blog** Archive.

**Lincoln Crowne & Company**
lincolncrowneandcompany.**blogspot**.com/ ▾
Apr 27, 2014 - Lincoln Crowne & Company is run by **Nick Assef**, who serves as
Executive Chairman of the company. He runs the company from its ...

**Deal Making in Stormy Capital Markets by Nicholas Andrew ...**
ssrn.com/abstract=2717951    Social Science Research Network ▾
by NA Assef - 2016
Jan 19, 2016 - **Assef**, Nicholas Andrew, Deal Making in Stormy Capital Markets
(January 19, 2016). Available at SSRN: http://ssrn.com/abstract=2717951 or ...

1  2  3  4  5  6  7  8  9  10        Next

# EXHIBIT B

Monday, 27 May 2013 10:35 PM

**Subject: RE: [2-6972000000842] Your Request to Google**
**Date:** Saturday, 4 May 2013 4:33 AM
**From:** removals@google.com
**To:** Nicholas Assef <naa@lcc.asia>

Hello,

Thanks for reaching out to us.

We have reviewed your request based on our policies concerning content removal. At this time, Google has decided not to take action. We encourage you to resolve any disputes directly with the individual who posted the content.

If you cannot reach an agreement and choose to pursue legal action against the individual who posted the content, and that action results in a judicial determination that the material is illegal or should be removed, please send us the court order seeking removal. In cases where the the individual who posted the content is anonymous, we may provide you with user information pursuant to a valid third party subpoena or other appropriate legal process against Google Inc.

Regards,
The Google Team

On 04/27/13 18:16:36 naa@lcc.asia wrote:


AutoDetectedBrowser: Safari 5
AutoDetectedOS: Macintosh OS X 10.6
IllLanguage: en
IssueType: lr_dmca
Language: en
agree1: checked
agree: checked
companyname: Lincoln Crowne & Company
country_residence: AU
description_of_copyrighted_work: Lincoln Crowne & Company Holds various trademarks to the name 'Lincoln Crowne & Company' and derivatives of that name (including Lincoln Crowne & lincolncrowne) in both Australia and the United States of America.  We have complained to you for 6 years about this URL that infringes our rights with no action on your part.  Failure to assist us will regretably result in us having to take legal action.  Copies of all Trade Mark Registrations can be provided if necessary - but include in the USA Trademark number :85322458
full_name: Nicholas Assef
geolocation: AU
hidden_category: other
hidden_ctx:

**Ex. B    Pg. 7**

hidden_product: blogger
location_of_copyrighted_work: http://www.lincolncrowne.blogspot.com
represented_copyright_holder: Lincoln Crowne & Company
signature: Nicholas Assef
signature_date_day: 28
signature_date_month: 4
signature_date_year: 2013
url_box_1: http://www.lincolncrowne.blogsport.com

**Subject: RE: [9-7586000000976] Your Request to Google**
**Date:** Friday, 17 May 2013 9:50 AM
**From:** removals@google.com
**To:** Nicholas Assef <naa@lcc.asia>

Hello,

Thanks for reaching out to us.

We have reviewed your request. At this time, Google has decided not to take action. Blogger hosts third-party content. It is not a creator or mediator of that content.

In cases involving trademark, if a contact email address is listed on the blog, we recommend you working directly with the author to have the information in question removed or changed. In cases where the the individual who posted the content is anonymous, we can provide you with user information pursuant to a valid third party subpoena or other appropriate legal process against Google Inc.

We are sorry we cannot assist you further at this time.

Regards,
The Google Team

On 05/07/13 19:35:09 naa@lcc.asia wrote:


    AutoDetectedBrowser: Safari 5
    AutoDetectedOS: Macintosh OS X 10.6
    IIILanguage: en
    IssueType: lr_dmca
    Language: en
    agree1: checked
    agree: checked
    companyname: Lincoln Crowne & Company
    country_residence: AU
    description_of_copyrighted_work: The trade mark relates to all aspects of our firm's corporate identity and business dealings (online and offline)
    full_name: Nicholas Assef
    geolocation: AU
    hidden_category: other
    hidden_ctx:
    hidden_product: blogger
    location_of_copyrighted_work: The company's core URL - www.lincolncrowne.com <http://www.lincolncrowne.com> which reflects intellectual property rights -
    including specific trade marks taken out in Australia & the United States

of America.  Our Trademarks include :  Lincoln Crowne & Company (USA registered 4107955) Lincoln Crowne & Company (Australian registered 1423961) Lincoln Crowne (Australian registered 1423960) lincolncrowne (Australian registered 142175).

represented_copyright_holder: Lincoln Crowne & Company

signature: Nicholas Assef

signature_date_day: 8

signature_date_month: 5

signature_date_year: 2013

url_box_1: http://www.lincolncrowne.blogspot.com

# EXHIBIT C

**Evitt, Emily**

| | |
|---|---|
| **From:** | removals@google.com |
| **Sent:** | Friday, December 18, 2015 5:27 PM |
| **To:** | Evitt, Emily |
| **Subject:** | [6-2824000009959] |

Hello,

Thanks for reaching out to us.

At this time, Google has decided not to take action on the following URL(s):

http://lincolncrowne.blogspot.com/

Blogger hosts third-party content. It is not a creator or mediator of that content. We encourage you to resolve any disputes directly with the individual who posted the content.

If you cannot reach an agreement and choose to pursue legal action against the individual who posted the content, and that action results in a judicial determination that the material is illegal or should be removed, please send us the court order seeking removal. In cases where the individual who posted the content is anonymous, we may provide you with user information pursuant to a valid third party subpoena or other appropriate legal process against Google Inc.

Regards,
The Google Team

---

When replying to this message, please do not change the subject line. Doing so may prevent us from receiving your message, and will cause you to receive a "bounced" auto-response. If you receive that "bounce" response, please resend your message by replying to this original email without changing the subject line. If you still receive an auto-response, submit a new request through our forms at http://support.google.com/legal.

---

 Forwarded message ----------
From: **Evitt, Emily** <efe@msk.com>
Date: Thu, Dec 17, 2015 at 5:11 PM
Subject: RE: Question
To: Tammy Jih Murray <tammyjih@google.com>

Thanks so much, Tammy!

Here's the situation:

We represent Lincoln Crowne & Company and its founder and executive director Nicholas Assef. Our client, Lincoln Crowne, owns several registered trademarks in "Lincoln Crowne."

1

Back in May 2007, an anonymous individual created the Blogger page "lincolncrowne.blogspot.com," on which he posted false, misleading, and nasty statements about our clients.  Since then, only two comments have been posted on the page, and nothing has been posted since 2012.

In 2013, our clients filed complaints with Google.  Because there was no trademark complaint form available, our clients used the DMCA complaint form.  Google responded that, in cases of trademark infringement, they should contact the owner of the Blogspot page directly.  Here, however, the blogger is operating anonymously.

We understand that Google does not typically take down defamatory speech without a court order (and we are pursuing a "Doe" lawsuit against the blogger on a parallel track).  However, we believe there are at least three other grounds for removing the blog here:

First, the title of the blog is trademark infringement because it encompasses our client's Lincoln Crowne trademark in its entirety.

Second, the blog constitutes corporate impersonation.  We saw there was a form for reporting this type of impersonation on Google Plus, but didn't see anything analogous on Blogger.

Third, the blog has been abandoned.  There has been no posting by the blogger since he created the blog in 2007 and no comments since 2012.  Our clients should have the right to retake the Blogger domain and use it to create their own Blogger page.

We would greatly appreciate any assistance that you or one of your colleagues can provide.

Regards, -E

# EXHIBIT D

**Evitt, Emily**

| | |
|---|---|
| **From:** | Evitt, Emily |
| **Sent:** | Monday, December 14, 2015 11:25 AM |
| **To:** | 'lincolncrowne@gmail.com'; 'nick@yahoo.com' |
| **Cc:** | Mayer, Marc |
| **Subject:** | Nicholas Assef and Lincoln Crowne & Company Pty Ltd. |

Dear Sir:

We are attorneys for Nicholas Assef and Lincoln Crowne & Company Pty Ltd. As you may be aware, our clients have filed a lawsuit against you in California concerning the blog www.lincolncrowne.blogspot.com. A copy of the Complaint is attached.

We would like to discuss this matter with you at your earliest convenience. Please e-mail us or call the number below as soon as possible.

Alternatively, please let us know if you will accept service of the Complaint. If you won't, we will seek leave from the Court to serve you via these e-mail addresses. If you have any objections or would like to discuss this issue further, please let us know.

We look forward to hearing from you. In the meantime, our clients reserve all rights.

Regards,
Emily



**Emily Evitt | Attorney**
T: 310.312.3280 | F: 310.231.8360 | efe@msk.com
**Mitchell Silberberg & Knupp** LLP
11377 W. Olympic Blvd., Los Angeles, CA 90064

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**Ex. D    Pg. 13**

# EXHIBIT E

**Evitt, Emily**

| | |
|---|---|
| **From:** | Domain postMaster address <postmaster@msk.com> |
| **Sent:** | Monday, December 14, 2015 11:26 AM |
| **To:** | Evitt, Emily |
| **Subject:** | [Postmaster] Email Delivery Failure |

This is a delivery failure notification message indicating that an email you addressed to email address :
-- nick@yahoo.com

could not be delivered. The problem appears to be :
-- Recipient email server rejected the message

Additional information follows :
-- delivery error: dd This user doesn't have a yahoo.com account (nick@yahoo.com) [-5] - mta1353.mail.gq1.yahoo.com

This condition occurred after 1 attempt(s) to deliver over a period of 0 hour(s).

If you sent the email to multiple recipients, you will receive one of these messages for each one which failed delivery, otherwise they have been sent.

# EXHIBIT F

Home  >  Whois Lookup  >  202.156.67.153

# IP Information for 202.156.67.153

**–** Quick Stats

| | |
|---|---|
| **IP Location** | Singapore Singapore Starhub Cable Vision Ltd |
| **ASN** | AS10091 SCV-AS-AP StarHub Cable Vision Ltd (registered Jun 29, 2000) |
| **Resolve Host** | unknown.maxonline.com.sg |
| **Whois Server** | whois.apnic.net |
| **IP Address** | 202.156.67.153 |

```
inetnum:        202.156.0.0 - 202.156.255.255
netname:        SGCABLEVISION-SG
descr:          StarHub Cable Vision Ltd
descr:          Singapore Broadband Access Provider
country:        SG
admin-c:        ACS7-AP
tech-c:         ACS7-AP
mnt-by:         APNIC-HM
mnt-routes:     MAINT-SG-SCV
mnt-lower:      MAINT-SG-SCV
mnt-irt:        IRT-SGCABLEVISION-SG
status:         ALLOCATED PORTABLE
changed:        hm-changed@apnic.net 20110913
source:         APNIC

irt:            IRT-SGCABLEVISION-SG
address:        StarHub Cable Vision Ltd
                2B/2C Ayer Rajah Crescent
                #02-00 HeadEnd & Data Centre
                Singapore 139937
e-mail:         apnic-scv@starhub.com
abuse-mailbox:  abuse@starhub.com
admin-c:        ACS7-AP
tech-c:         ACS7-AP
auth:           # Filtered
mnt-by:         MAINT-SG-SCV
changed:        apnic-scv@starhub.com 20110907
source:         APNIC
```

**Ex. F    Pg. 15**

```
role:              APNIC Contact - SCV
address:           StarHub Cable Vision Ltd
                   2B/2C Ayer Rajah Crescent
                   #02-00 HeadEnd & Data Centre
                   Singapore 139937
country:           SG
phone:             +65-6728-5267
e-mail:            apnic-scv@starhub.com
admin-c:           SH1735-AP
tech-c:            SH1735-AP
nic-hdl:           ACS7-AP
remarks:           For any abuse matter, pls report to  abuse@starhub.com.
abuse-mailbox:     abuse@starhub.com
mnt-by:            MAINT-SG-SCV
changed:           apnic-scv@starhub.com  20110907
source:            APNIC

route:             202.156.64.0/21
descr:             SGCABLEVISION-SG
                   StarHub Cable Vision Ltd
                   Singapore Broadband Access Provider
origin:            AS10091
country:           SG
remarks:           For any abuse matter, please report to  abuse@starhub.com.
mnt-lower:         MAINT-SG-SCV
mnt-routes:        MAINT-SG-SCV
mnt-by:            MAINT-SG-SCV
changed:           apnic-scv@starhub.com  20140620
source:            APNIC
```

## Tools

| Monitor Domain Properties | ▼ |
|---|---|
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |

Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News      © 2016 DomainTools

**EXHIBIT G**

IP Address Locator ( 202.156.255.255 )

ip address location

home | ip address | checkpoint | ip ranges | ip2country

# IP ADDRESS LOCATION

IP Address >> IP Locator

Search

AdChoices
▶ HTTP IP Address
▶ IP Locator
▶ IP Geolocation

Support IP Address Locator project with donations and help the IP trace service we provide remain free:

Make A Donation

**What is an IP Address?**

Ip Address (Internet Protocol address) is as your telephone number. It uniquely identifies every host on a network. Just as your mailing address uniquely identifies your home, an IP address uniquely identifies a host. With our IP locator tool you can track, trace and locate IP address.

more info

**The Domain Name System (DNS)**

The Domain Name System (DNS) is one of the most important services in the InterNet. It makes possible to associate Internet addresses host names with ip address, and conversely.

The DNS is a hierarchical data base distributed world-wide on thousands of servers, which administers the name area of the Internets. Mainly the DNS is used for the conversion by Domainnamen in IP addresses (forward lookup).

The DNS offers thus a simplification, because humans can note names by far better than number columns. ipaddresslocation.org is easily to remember than appropiate IP address 204.11.52.158

more info

AdChoices ▶ IP Geolocation ▶ Phone Locator ▶ What Is My IP ▶ Mobile Locator

**IP Locator and IP tracker ( 202.156.255.255 - StarHub Cable Vision )**

Advertisements

The geographical location of the host as identified by the IP address. Or its IP location can be successfully tracked, traced and located using specially designed tools called IP locator.
IP database used by our IP IP locator is updated every 48 hours with very high accuracy percentage. It cover more than 98% IP addresses on country level and more than 87% IP addresses on city level (radius within 50km of traced IP city).

**IPv4 vs IPv6**

Currently IP location lookup tool from IPaddresslocation.org support locating only IPv4 address and domains because IPv6 is still very limited worldwide deployment.
Once IPv6 becomes more widely deployed, we will update our IP tools to use it.

keezel GET KEEZEL NOW Crowdfunding discounts!

With our advanced IP address locator tool you should be able to find out very easily not only what is your IP address but also track, trace, locate and find IP location of any other domain and IP address on the Net.

Unlike most other sites our IP address locator is free and we do not set any limits on numbers of IP lookup used by our tracer to locate IP address.

**Lookup IP Addresses and Domains with IP Locator**

Enter an IP Address number or Domain name into our IP lookup tool to lookup, locate, track, trace and find out what is your IP address and to determine, show and find IP Address location.

AdChoices ▶ Mobile Locator ▶ IP Subnet Mask ▶ IP Network ▶ Search IP

Example: facebook.com (For Domain Lookup) or 66.220.152.16 (For IP Lookup)

202.156.255.255 | IP Locator

Advertisements

Free Cell Phone Lookup

Lookup By Name Or Cell Number. Get Name, Address, & Pics Fast!

**IP Location Finder & Visual IP Locator Result For 202.156.255.255**
**( From Singapore Singapore )**

*Domain:* **202.156.255.255** - Whois IP Lookup

*IP Address:* **202.156.255.255**

*Hostname:* **unknown.maxonline.com.sg**

*IP Country:* **Singapore**

*IP Country Code:* **SGP**

*IP Continent:* **Asia**

*IP Region:*

*IP City:* ***Singapore***

*IP Latitude:* ***1.2931***

*IP Longitude:* ***103.8558***

*Organization:* ***StarHub Cable Vision***

*ISP Provider:* ***StarHub Cable Vision***

Advertisements



202.156.255.255 IP Location: Singapore Singapore | IP Address Locator Lookup          Page 2 of 2



*Tracking, tracing percentage and accuracy from our free IP Address Locator tool comparing with another IP lookup tools on the Net is very high. However we cannot guarantee 100% accuracy of our IP database and our IP Address Lookup tool.*

**home**    **ip address**    **checkpoint**    **ip ranges**    **ip2country**

Like  0    Tweet   G+1  0

Copyright (C) 2005 - 2012, IP Address Location. All right Reserved.

**Ex. G    Pg. 18**

# EXHIBIT H

Esplanade (MRT Station) - 90 Bras Basah Road (S)189562                                    Page 1 of 1



**Ex. H    Pg. 19**

# EXHIBIT I

Google Maps                                                                                    Page 1 of 1



Google Maps