MARC E. MAYER (SBN 190969), mem@msk.com
EMILY F. EVITT (SBN 261491), efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs Nicholas Assef and
Lincoln Crowne & Company Pty Ltd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS ASSEF, an individual; and LINCOLN CROWNE & COMPANY PTY LTD, an Australian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-10,<br><br>Defendants. | CASE NO. 3:15-CV-01960 MEJ<br><br>The Honorable Maria-Elena James<br><br>**REQUEST TO ENTER DEFAULT OF DEFENDANT DOE 1 AKA LINCOLNCROWNE@GMAIL.COM**<br><br>**[DECLARATION OF EMILY F. EVITT IN SUPPORT THEREOF]** |

**TO THE CLERK OF THE COURT:**

Plaintiffs Nicholas Assef and Lincoln Crowne & Company Pty Ltd ("Plaintiffs") hereby request that the Clerk enter default in this matter against Defendant DOE 1 aka lincolncrowne@gmail.com ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. *See* Declaration of Emily F. Evitt ¶ 5 ("Evitt Decl.").

Plaintiffs served the Summons and Complaint on Defendant on April 5, 2016, by e-mailing the Summons and Complaint to lincolncrowne@gmail.com and by posting links in the Comments section of Defendants' blog located at http://www.lincolncrowne.blogspot.com, as authorized by the Court's March 28, 2016 Order (Dkt No. 25), and as evidenced by the proof of service on file with this Court. *See* Evitt Decl. ¶ 2; Dkt No. 29. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint. Evitt Decl. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Evitt Decl. ¶ 6.

DATED: May 6, 2016

RESPECTFULLY SUBMITTED,

MARC E. MAYER
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP


By: /s/ Emily F. Evitt
Emily F. Evitt
Attorneys for Plaintiffs Nicholas Assef and
Lincoln Crowne & Company Pty Ltd