MARC E. MAYER (SBN 190969), mem@msk.com
EMILY F. EVITT (SBN 261491), efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs Nicholas Assef and
Lincoln Crowne & Company Pty Ltd

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS ASSEF, an individual; and LINCOLN CROWNE & COMPANY PTY LTD, an Australian corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>DOES 1-10,<br><br>        Defendants. | CASE NO. 3:15-CV-01960 MEJ<br><br>The Honorable Maria-Elena James<br><br>**DECLARATION OF EMILY F. EVITT IN SUPPORT OF REQUEST TO ENTER DEFAULT OF DEFENDANT DOE 1 AKA LINCOLNCROWNE@GMAIL.COM** |

7648910.1

Mitchell
Silberberg &
Knupp LLP

I, Emily F. Evitt, declare:

1. I am an attorney-at-law, duly licensed to practice law in the State of California. I am an associate with the law firm of Mitchell Silberberg & Knupp LLP, counsel of record for Plaintiffs Nicholas Assef and Lincoln Crowne & Company Pty Ltd ("Plaintiffs") in this action. I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2. On April 30, 2015, Plaintiffs filed the Complaint in this case against Defendants Does 1-10. *See* Dkt No. 1. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant Doe 1 aka lincolncrowne@gmail.com ("Defendant") was served with the Summons and Complaint on April 5, 2016 by e-mailing the Summons and Complaint to lincolncrowne@gmail.com and by posting links in the Comments section of Defendants' blog located at http://www.lincolncrowne.blogspot.com, as authorized by the Court's March 28, 2016 Order (Dkt No. 25).

3. More than 21 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

Mitchell
Silberberg &
Knupp LLP

7648910.1

1

CASE NO. 3:15-CV-01960 MEJ

DECLARATION OF EMILY F. EVITT ISO REQ. TO ENTER DEFAULT OF DOE 1

6.     I am informed and believe that Defendant is not an infant or incompetent person or member of the U.S. Military.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 6, 2016, at Los Angeles, California.

_____
Emily F. Evitt

Mitchell
Silberberg &
Knupp LLP

7648910.1

# EXHIBIT A

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Emily F. Evitt 261491<br>Mitchell Silberberg & Knupp LLP<br>11377 W. Olympic Boulevard<br>Los Angeles, CA 90064<br>TELEPHONE NO.: (310) 312-2000    FAX NO. *(Optional):* (310) 312- 3100<br>E-MAIL ADDRESS *(Optional):* efe@msk.com<br>ATTORNEY FOR *(Name):* Plaintiffs Nicholas Assef and Lincoln Crowne & Company Pty | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF **San Francisco** | |
|---|---|
| STREET ADDRESS: 450 Golden Gate Avenue | |
| MAILING ADDRESS: 450 Golden Gate Avenue, Box 36060 | |
| CITY AND ZIP CODE: San Francisco, CA 94102-3489 | |
| BRANCH NAME: San Francisco Division | |

| PLAINTIFF/PETITIONER: NICHOLAS ASSEF, et al.<br><br>DEFENDANT/RESPONDENT: DOES 1-10 | CASE NUMBER:<br>3:15-CV-01960 MEJ |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):* DOE 1 aka lincolncrowne@gmail.com

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: lincolncrowne@gmail.com (e-mail); http://www.lincolncrowne.blogspot.com (blog post).

5. I served the party (check proper box)
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]
**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: NICHOLAS ASSEF, et al. | CASE NUMBER:<br>3:15-CV-01960 MEJ |
|---|---|
| DEFENDANT/RESPONDENT: DOES 1-10 | |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                      (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☒ **by other means** *(specify means of service and authorizing code section):*
On 4/5/2016, by emailing Summons and Complaint to lincolncrowne@gmail.com per the Court's 3/28/2016 Order.
On 4/5/2016, by posting links in the Comments section of Defendants' blog located at http://www.lincolncrowne.blogspot.com per the Court's 3/28/2016 Order.

    ☒ Additional page describing service is attached. – Copies of e-mail and blog comment post are attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☒ as the person sued under the fictitious name of *(specify):* DOE 1 aka lincolncrowne@gmail.com
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7.  **Person who served papers**
  a. Name: Jennifer Gaines
  b. Address: Mitchell Silberberg & Knupp LLP, 11377 W. Olympic Boulevard, Los Angeles, CA 90064
  c. Telephone number: (310) 312-2000
  d. **The fee** for service was: $0.00
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8.  ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: April 6, 2016

Jennifer Gaines
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*

---

American LegalNet, Inc.
www.FormsWorkflow.com

## Gaines, Jennifer

| | |
|---|---|
| **From:** | Gaines, Jennifer |
| **Sent:** | Tuesday, April 05, 2016 11:48 AM |
| **To:** | 'lincolncrowne@gmail.com' |
| **Cc:** | Evitt, Emily |
| **Subject:** | Service of Legal Process: Assef v. Does, CAND Case No. 3:15-CV-01960 MEJ |
| **Attachments:** | ECF 001 COMPLAINT (7154247).pdf; 0028 Issued Summons (7565709).pdf; 0025 ORDER allowing Pltf to serve doe def. by e-mail (7548180).pdf |

Pursuant to order of the court for the United States of America Northern District of California, dated March 28, 2016, you are hereby served with the attached Complaint and Summons in the matter of *Nicholas Assef and Lincoln Crowne & Company Pty Ltd v. Does 1-10*, Case No. 3:15-CV-01960 MEJ.  A copy of the Court's Order is attached for your reference.

This e-mail and its attachments are sent on behalf of Emily Evitt.  You can reach Ms. Evitt directly by e-mail at efe@msk.com or by telephone at (310) 312-3280.



**Jennifer Gaines | Legal Assistant**
T: 310.312.3238 | jda@msk.com
**Mitchell Silberberg & Knupp** LLP **| www.msk.com**
11377 W. Olympic Blvd., Los Angeles, CA 90064

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.



Your comment has been saved.
It may take a moment for your comment to appear on the site at the original post.

## Post a Comment On: Beware Lincoln Crowne & Company

### "Warning Warning Warning - Nick Assef"

3 Comments - Show Original Post
Collapse comments

1 – 3 of 3

Comment deleted

This comment has been removed by the author.

May 10, 2011 at 8:57 PM

---

Mars said...

Hello Lincolncrowne we are investing in a company with a large cash holding that has a mandate with
Lincoln Crowne to source a project and are concerned with some of the general negativity
surrounding them but would like to know some more specifics so we can potentially head off any poor
outcomes before its too late. How can we get in touch?
thanks

April 26, 2012 at 7:27 PM

---

MSK Service of Process said...

NOTICE to Defendant Doe 1 aka lincolncrowne@gmail.com: A lawsuit has been filed against you by
Nicholas Assef and Lincoln Crowne & Company Pty Ltd.

Pursuant to an order of the Court for the United States of America Northern District of California,
dated March 28, 2016, you are hereby served with the Summons and Complaint in the matter of
Nicholas Assef and Lincoln Crowne & Company Pty Ltd v. Does 1-10, Case No. 3:15-CV-01960 MEJ.
The Summons and Complaint are located at the following links:

https://my.syncplicity.com/share/0hgfac5afi0rk7q/0028%20Issued%20Summons%20(7565709)
https://my.syncplicity.com/share/kckhsl5d7ghrbkd/ECF%20001%20COMPLAINT%20(7154247)

As set forth in the Summons, within 21 days after service of the Summons on you (not counting the
day you received it) — or 60 days if you are the United States or a United States agency, or an officer
or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on
the plaintiff an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil
Procedure. The name and address of the Court is United States District Court - Northern California,
450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102-3489. The name, address,
telephone number, and e-mail address of Plaintiffs' attorney are set forth in the Summons.

April 5, 2016 at 11:47 AM

## Leave your comment

You can use some HTML tags, such as **<b>, <i>, <a>**

## This blog does not allow anonymous comments.

MSK Service of Process (Google Account) – Sign Out

☐ Email follow-up comments to **info@msk.com**

Please prove you're not a robot

☐ I'm not a robot

reCAPTCHA
Privacy · Terms

Publish Your Comment     Preview