UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                  General Court Number
Clerk of Court                                                                                        415-522-2000

May 16, 2016

RE: 15-cv-01960-MEJ  Assef v. Does 1-10

Default is entered as to Doe 1 aka Lincoln Crowne & Company Pty Ltd. on May 16, 2016.

                                                  Susan Y. Soong, Clerk

                                                  _____
                                                  by:  Hilary Jackson
                                                  Case Systems Administrator
                                                  522-4261