UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS ASSEF, et al.,

          Plaintiffs,

    v.

DOES 1-10,

          Defendant.

Case No. 15-cv-01960-MEJ

**ORDER CONTINUING CMC**

       This matter is currently scheduled for a Case Management Conference on June 30, 2016. However, Plaintiffs Nicholas Assef and Lincoln Crowne & Company Pty Ltd. have informed the Court they intend to file a Motion for Entry of Default Judgment in the near future. Given the status of this case, the Case Management Conference is **CONTINUED** to **July 28, 2016**. No later than seven calendar days before the Case Management Conference, the parties shall file a Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders. The Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms. If the statement is e-filed, no chambers copy is required.

       **IT IS SO ORDERED.**

Dated: June 24, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge