UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS ASSEF, et al.,

    Plaintiffs,

v.

DOES 1-10,

    Defendant.

Case No. 15-cv-01960-MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a Case Management Conference on July 28, 2016. However, as there is a pending Motion for Default Judgment (and related motions), the Case Management Conference and all related deadlines are **VACATED**. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: July 21, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge